### 4141.  WOODWARD *v.* CITY OF HAZLEHURST.

RUSSELL, J.   There was no error in refusing to sanction the certiorari. This case is controlled by the ruling of this court in *Williams* v. *Hazlehurst*, ante, 194.                         *Judgment affirmed.*

DECIDED MAY 22, 1912.

Certiorari; from Jeff Davis superior court—Judge Conyers. February 21, 1912.

*P. L. Smith, W. W. Bennett, J. R. Grant,* for plaintiff in error.
*J. Mark Wilcox,* contra.